UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ALYSSA DOWLING,

Plaintiff,

v.

ERIC KOMITEE,

Defendant.

CASE NO. 2:26-cv-01765-JHC

ORDER

This matter comes before the Court sua sponte. On May 22, 2026, the Court informed Plaintiff of filing deficiencies in her application for leave to proceed in forma pauperis (IFP). Dkt. # 3. The Court informed Plaintiff that failure to submit a corrected IFP application by June 22, 2026, could result in dismissal of the case. Dkt. # 3; *see Tudor v. Biden*, 2025 WL 1208257, at *1 (W.D. Wash. Apr. 25, 2025). Accordingly, because Plaintiff has failed to submit a corrected IFP application or pay a filing fee, the Court DISMISSES the case without prejudice.

//

//

//

Dated this 28th day of September, 2026.

John H. Chun
United States District Judge